McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-CR-00402-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS HENRY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on April 6, 2004, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Marcos Henry forfeiting to the United States the following property:

    a.   A 1969 Chevrolet Camero RS, License No. 1MEC683, VIN: 124379L502713.

AND WHEREAS, on June 8, 15 and 22, 2004, the United States published notification of the Court's Preliminary Order of Forfeiture in the Contra Costa News Register (Contra Costa County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all

1

1 third parties of their right to petition the court within thirty
2 (30) days of the publication date for a hearing to adjudicate the
3 validity of their alleged legal interest in the forfeited property;
4     AND WHEREAS, the United States has provided direct written
5 notice to Colvin Gilliam c/o attorney Anthony D. Agpaoa;
6     AND WHEREAS, the Court has been advised that no third party has
7 filed a claim to the subject property, and the time for any person
8 or entity to file a claim has expired.
9     Accordingly, it is hereby ORDERED and ADJUDGED:
10    1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
13 of according to law, including all right, title, and interest of
14 Marcus Henry.
15    2.  All right, title, and interest in the above-described
16 property shall vest solely in the name of the United States of
17 America.
18    3.  The United States shall maintain custody of and control
19 over the subject property until it is disposed of according to law.
20    IT IS SO ORDERED.
21 Dated:  June 19, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge